UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-CV-81558-AMC

GARFIELD SPENCE,

    Plaintiff,

v.

6170 S CONGRESS AVENUE, LLC.

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

    The Parties, through the undersigned attorneys, hereby give notice to this Honorable Court that the parties have reached an amicable resolution of this dispute. Thus, the parties respectfully request for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within fourteen (14) days of the filing of this Notice of Settlement.

    Dated this 10th day of February 2023.

[Remainder of page intentionally left blank]

Respectfully Submitted,

| | |
|---|---|
| COLE, SCOTT & KISSANE, P.A.<br>*Counsel for Defendant, 6170 S. CONGRESS AVENUE, LLC,*<br>Cole, Scott & Kissane Building<br>9150 South Dadeland Boulevard,<br>Suite 1400<br>Miami, Florida 33156<br>Telephone: (786) 268-6415<br>Facsimile: (305) 373-2294<br>By: */s/ Cody German*<br>Cody German, Esq.<br>Florida Bar No.: 58654<br>Primary Email: Cody.German@csklegal.com<br>Alternate Email: Nicolle.Quant@csklegal.com | Alberto R. Leal, Esq. P.A.<br>*Attorney for Plaintiff*<br>8927 Hypoluxo Rd. #157<br>Lake Worth, FL 33467<br>Phone: 954-637-1868<br><br><br><br><br>By: */s/ Alberto R. Leal.*<br>Alberto R. Leal, Esq., P.A.<br>Florida Bar No.: 1002345<br>E-Mail: albertolealesq@gmail.com |