# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

GARFIELD SPENCE,             Case No.: 9:22-cv-81558-AMC

    Plaintiff,

v.

6170 S. CONGRESS AVENUE LLC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff GARFIELD SPENCE and Defendant 6170 S. CONGRESS AVENUE LLC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of all of Plaintiff's claims in the action *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses, except as provided in the Parties' Confidential Settlement Agreement and Release. All Parties consent to the form and content of this Joint Stipulation and Order.

Dated this \_\_7th\_\_\_ day of March, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Alberto R. Leal*_____ | */s/John Cody German* |
| Alberto R. Leal, Esq., P.A. | Cole, Scott & Kissane, P.A. |
| 8927 Hypoluxo Rd. #157 | 9150 South Dadeland Boulevard, Suite 1400 |
| Lake Worth, Florida 33467 | Miami, Florida , 33156 |
| Phone: 954-637-1868 | E-MAIL: cody.german@csklegal.com |
| Email: albertolealesq@gmail.com | Phone: 786-268-6415 |

## CERTIFICATE OF SERVICE

2

I hereby certify that on the date of filing, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Alberto R. Leal*
Alberto R. Leal, Esq.